EXHIBIT A:  Unclaimed Debtor Returns on Closed Cases
Office of Tom Vaughn Chapter 13 Trustee

| Count | Case No | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 1) | 14-40682 | Clayton, Linda Y | Linda Y Clayton<br>14340 S Kimbark<br>Dolton, IL 60419 | $9.27 | Debtor refund issued to debtor. Check returned unable to forward |
| 2) | 14-40767 | Williams, Jeffery C | Jeffery C Williams<br>4701 W Maypole  Apt #1<br>Chicago, IL 60644 | $145.60 | Debtor refund issued to debtor. Check not satisified within 90 days |
| 3) | 14-42199 | Jones, Jennifer M | Jennifer M Jones<br>5 N 8th Ave<br>Maywood, IL 60153 | $15.63 | Debtor refund issued to debtor. Check returned unable to forward |
| 4) | 15-08185 | Langton, Rebecca Ann | Rebecca Ann Langton<br>1139 N Spaulding Ave #1FL<br>Chicago, IL 60651 | $47.00 | Debtor refund issued to debtor. Check not satisified within 90 days |
| 5) | 15-12584 | Johnson, Val T | Val T Johnson<br>7853 S Coles Ave #1W<br>Chicago, IL 60649 | $150.00 | Debtor refund issued to debtor. Check not satisified within 90 days |
| 6) | 15-14996 | Kaiser, Eileen M | Eileen M Kaiser<br>652 W Melrose, Unit !<br>Chicago, IL 60657 | $6.33 | Debtor refund issued to debtor. Check not satisified within 90 days |
| 7) | 15-19793 | Peal, Edmond V<br>Ellis-Peal, Kiesha M | Edmond V Peal<br>605 E Prospect Ave #2C<br>Mount Prospect, IL 60056 | $3.97 | Debtor refund issued to debtor. Check not satisified within 90 days |
| 8) | 15-25478 | Campbell, Brandie M | Brandie M Campbell<br>7000 South Shore Dr #7A<br>Chicago, IL 60649 | $2.18 | Debtor refund issued to debtor. Check not satisified within 90 days |

EXHIBIT A:  Unclaimed Debtor Returns on Closed Cases
Office of Tom Vaughn Chapter 13 Trustee

| | | | | | |
|---|---|---|---|---|---|
| 9) | 15-29617 | Shumaker, Rosemary | Rosemary Shumaker<br>10559 S Lafayette Ave<br>Chicago, IL 60628 | $63.63 | Debtor refund issued to debtor. Check returned unable to forward |
| 10) | 15-36459 | Williams, Brandi Simone | Brandi Simone Williams<br>8012 S Pauline St #3E<br>Chicago, IL 60620 | $185.00 | Debtor refund issued to debtor. Check not satisified within 90 days |
| 11) | 16-02937 | Salgado, Janet | Janet Salgado<br>22256 N Meade Ave<br>Chicago, IL 60639 | $180.22 | Debtor refund issued to debtor. Check not satisified within 90 days |
| 12) | 16-20726 | Wofford, Alexis | Alexis Wofford<br>3629 S. Giles Ave #2<br>Chicago, IL 60653 | $1.55 | Debtor refund issued to debtor. Check returned unable to forward |
| 13) | 16-33379 | Branch, Montrece | Montrece Branch<br>7638 S. Philllips Ave #2<br>Chicago, IL 60649 | $137.50 | Debtor refund issued to debtor. Check not satisified within 90 days |
| 14) | 16-36059 | Franklin, Kizzie L | Kizzie L Franklin<br>5350 S Maryland Ave #3N<br>Chicago, IL 60615 | $15.89 | Debtor refund issued to debtor. Check returned unable to forward |
| 15) | 16-36972 | Hagler, Cleatus | Cleatus Hagler<br>1932 Cambridge St<br>Chicago Heights, IL 60411 | $5.00 | Debtor refund issued to debtor. Check not satisified within 90 days |
| 16) | 16-38894 | Garner, Anquanette | Anquanette Garner<br>2914 E 91st St. #C<br>Chicago, IL 60643 | $175.06 | Debtor refund issued to debtor. Check not satisified within 90 days |

EXHIBIT A: Unclaimed Debtor Returns on Closed Cases
Office of Tom Vaughn Chapter 13 Trustee

| | | | | | |
|---|---|---|---|---|---|
| 17) | 17-08317 | Morris, Tonya | Morris, Tonya<br>22 E 80th St<br>Chicago, IL 60619 | $1.10 | Debtor refund issued to debtor. Check not satisified within 90 days |
| 18) | 17-09056 | Coffey, Adrian A | Adrian A Coffey<br>4118 W Cullerton Ave<br>Chicago, IL 60623 | $1.20 | Debtor refund issued to debtor. Check not satisified within 90 days |
| 19) | 17-11353 | Richardson, Stephanie<br>Coleman, Marcell | Stephanie Richardson<br>215 East 64th PL<br>Chicago, IL 60637 | $26.30 | Debtor refund issued to debtor. Check returned unable to forward |
| 20) | 17-14046 | Batts, Kasina | Kasina Batts<br>7906 S Luella Ave #101<br>Chicago, IL 60617 | $315.00 | Debtor refund issued to debtor. Check returned unable to forward |

1487.43